UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 04-0798 (PLF)
                                        )
ALL ASSETS HELD AT BANK JULIUS,         )
Baer & Company, Ltd., Guernsey          )
Branch, account number 121128, in the   )
Name of Pavlo Lazarenko et al.,         )
                                        )
            Defendants In Rem.          )
_____ )

ORDER

For the reasons set forth in an Opinion issued this same day, it is hereby

ORDERED that claimant Lazarenko's motion for partial judgment on the

pleadings [Dkt. 539] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that Lazarenko's motion is DENIED with respect to the

First Claim — interstate transportation and receipt of property stolen or taken by fraud, in

violation of 18 U.S.C. §§ 2314 and 2315; it is

FURTHER ORDERED that Lazarenko's motion is GRANTED with respect to

the Second Claim — Hobbs Act extortion, in violation of 18 U.S.C. § 1951; it is

FURTHER ORDERED that Lazarenko's motion is GRANTED with respect to

the Third Claim — wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346; it is

FURTHER ORDERED that Lazarenko's motion is DENIED with respect to the Fourth Claim — the "Foreign Offenses," in violation of 18 U.S.C. § 1956(c)(7)(B)(ii) and (iv); it is

FURTHER ORDERED that Lazarenko's motion is DENIED with respect to the Fifth, Sixth, Seventh, and Eighth Claims — the money laundering claims, in violation of 18 U.S.C. §§ 1956 and 1957; it is

FURTHER ORDERED that judgment is GRANTED to Lazarenko on the Second and Third Claims; it is

FURTHER ORDERED that Lazarenko's request to lift the restraint on any assets containing only funds that were transferred as electronic funds transfers is DENIED; and it is

FURTHER ORDERED that Lazarenko's motion for partial summary judgment [Dkt. 539] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 27, 2017

2